EL PUEBLO *v.* GALARZA.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 39.—Resuelto en Noviembre 23, 1903,

APELACIÓN.—PLIEGO DE EXCEPCIONES.—INSUFICIENCIA DE LA PRUEBA.—
Cuando un acusado desee que el Tribunal Supremo revise cuestiones refe-
rentes á la suficiencia ó insuficiencia de la prueba practicada en el juicio,
deberá preparar un pliego de excepciones que contenga la prueba tal y
como se practicara ante la Corte inferior sin cuyo requisito no es posible
la revisión de tales cuestiones.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Acuña, (Eduardo.)*

Abogado del apelado: *Sr. del Toro, Fiscal.*

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opi-
nión del Tribunal:

Francisco Galarza, el recurrente en esta causa, fué acusado
en el Tribunal de Distrito de Ponce, del robo de una bece-
rra, del valor de cincuenta dollars, de la finca de Crispín
Nazario, conduciéndola á su propia finca, donde fué encon-
trada, escondida en una bajía. Se alega que la ofensa acurrió
durante el mes de Julio de 1902, después de haber empezado
á regir los Códigos actuales. El juicio tuvo lugar en 4 de
Abril de 1903, ante un jurado, el que después de oir las rela-
ciones de los testigos, y el encargo de la Corte, dió un vere-
dicto de culpable. El demandado fué condenado á un año
de presidio con trabajos forzados.

Contra esta sentencia de la Corte el acusado interpuso re-
curso de apelación para ante este Tribunal, basándose en el
hecho de que la prueba practicada en el juicio oral, ante el
jurado, no era suficiente para fundamentar la sentencia. El
recurrente no comparece mediante su abogado, personal-
mente, ante este Tribunal. Este solamente presenta un es-
crito de apelación, sin alegar siquiera los hechos en que lo
funda. El hecho del cual es acusado, bajo el Código Penal,
sección 428 y 430, constituye el delito de hurto de mayor
cuantía, y se castiga por encarcelamiento en el Presidio por
no menos de uno, ni más de diez años.

## THE PEOPLE v. GALARZA.

APPEAL from the District Court of Ponce.

No. 39.—Decided November 23, 1903.

Por esta aparece, por supuesto, que el demandado ha recibido el castigo más leve que prescribe la ley. Los autos no contienen ningúna declaración de excepciones y este Tribunal no puede saber si la evidencia practicada es suficiente para fundamentar la sentencia, por que no aparece íntegra. Si el abogado del acusado y apelante desea que el Tribunal examine esta cuestión, debería haberse preparado y presentado á la Corte de Distrito, firmada y certificada, en la que se expresara la prueba tal y como se presentó en el juicio oral.

Habiendo dejado de hacer esto no puede tomarse en consideración si la prueba era suficiente para fundamentar el veredicto. Habiendo examinado cuidadosamente esta causa, se impone la conclusión de que el acusado fué debidamente declarado convicto, y no habiendo error alguno en la sentencia, ésta debería ser confirmada.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados, Hernández y Sulzbacher.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.